Squire Patton Boggs (US) LLP
Yamili F. Gonzalez (State Bar No. 327820)
yamili.gonzalez@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Attorneys for Defendant
THE GILLETTE COMPANY LLC

SQUIRE PATTON BOGGS (US) LLP
555 S. Flower Street, 31st Floor
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

William Martin,

Plaintiff,

v.

The Gillette Company LLC,

Defendants.

Case No. 8:25-cv-01344-FWS-DFM

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint served: June 26, 2025
Current response date: July 17, 2025
New response date: Aug. 15, 2025

SQUIRE PATTON BOGGS (US) LLP
555 S. Flower Street, 31st Floor
Los Angeles, CA 90071

Plaintiff William Martin ("Plaintiff") and Defendant The Gillette Company LLC ("Gillette"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action (ECF No. 1) on June 23, 2025;

WHEREAS, the Complaint was served on Gillette on June 26, 2025;

WHEREAS, pursuant to F.R.Civ.P. 12(a)(1)(A)(i), Gillette's current deadline to respond to the Complaint is July 17, 2025;

WHEREAS, to save judicial and party resources, the parties hereby stipulate to an initial 30-day extension of Gillette's deadline to respond to the Complaint;

WHEREAS, there have been no prior extensions of Gillette's deadline to respond to the Complaint.

NOW THEREFORE, the parties stipulate and agree that Gillette's new deadline to respond to the Complaint is extended up to and until August 15, 2025.

Dated: July 15, 2025

Squire Patton Boggs (US) LLP

By: */s/ Yamili F. Gonzalez*
Yamili F. Gonzalez
Attorney for Defendant The Gillette Company LLC

Dated: July 15, 2025

Law Offices of Jibrael S. Hindi

By: */s/ Gerald Donald Lane, Jr.*
Gerald Donald Lane, Jr.
Attorney for Plaintiff William Martin

SQUIRE PATTON BOGGS (US) LLP
555 S. Flower Street, 31st Floor
Los Angeles, CA 90071

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 16, 2025

Squire Patton Boggs (US) LLP

By: */s/ Yamili F. Gonzalez*
Yamili F. Gonzalez
Attorney for Defendant
The Gillette Company LLC