Squire Patton Boggs (US) LLP
Yamili F. Gonzalez (State Bar No. 327820)
yamili.gonzalez@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Attorneys for Defendant
THE GILLETTE COMPANY LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| William Martin,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>The Gillette Company LLC,<br><br>　　　　　Defendant. | Case No. 8:25-cv-01344-FWS-DFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 7-1)**<br><br>Complaint served:　　June 26, 2025<br>Current response date:　Aug. 15, 2025<br>New response date:　　Sept. 15, 2025 |

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
No. 8:25-cv-01344-FWS-DFM

On August 8, 2025, the Parties filed a Stipulation to Extend Time to Respond to Initial Complaint (the "Stipulation," Docket No. 12).

The Court, having considered the Stipulation and finding good cause therefor, hereby **GRANTS** the request for additional time to respond as set forth in the Stipulation and **ORDERS** as follows:

1. Defendant The Gillette Company LLC, shall have up to and including September 15, 2025 to answer or otherwise respond to the Class Action Complaint in the above-captioned matter.

**IT IS SO ORDERED.**

DATE:_____   _____

*Honorable Fred W. Slaughter*
UNITED STATES DISTRICT JUDGE