**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| William Martin,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>The Gillette Company LLC,<br><br>　　　　　Defendant. | Case No. 8:25-cv-01344-FWS-DFM<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [12]** |

///
///
///

- 1 -

Having reviewed and considered the Stipulation to Extend Time to Respond to Initial Complaint [12] ("Stipulation"), between Plaintiff William Martin and Defendant The Gillette Company LLC ("Defendant"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The deadline for Defendant to answer or otherwise respond to the Class Action Complaint in the above-captioned matter is **EXTENDED** to and including **September 15, 2025**.

**IT IS SO ORDERED**.

Dated:  August 8, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE